IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:20-CR-33 |
| | § | |
| GRIGORIY T. RODONAIA | § | |

## AMENDED NOTICE OF PENALTY

### Counts 1-16

Violation: 18 U.S.C. § 1347 (Health Care Fraud)

Penalty: Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or an amount not more than the greater of twice the gross gain to the defendant or twice the gross loss to the victim, or both; and a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00

### Counts 17 - 21

Violation: 18 U.S.C. 1028A (Aggravated Identity Theft)

Penalty: Imprisonment of not more than 2 years in addition to the sentence imposed for the underlying felony, a fine of not more than $250,000.00 (or twice the pecuniary gain to defendant or loss to the victim), or both and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00

### Count 22

Violation: 18 U.S.C. § 1035 (False Statements in Relation to Health Care Matters)

Penalty: Not more than five (5) years imprisonment, a fine of not more than $25,000 or an amount not more than the greater of twice the gross gain to the defendant or twice the gross loss to the victim, or both. A term of supervised release of not more than three (3) years.

Special Assessment:     $100.00

## **Counts 23 - 33**

Violation:   42 U.S.C. § 1320a-7b(b)(1)(Anti-kickback – receipt of payment)

Penalty:   Not more than five (5) years imprisonment, a fine of not more than $25,000 or an amount not more than the greater of twice the gross gain to the defendant or twice the gross loss to the victim, or both. A term of supervised release of not more than three (3) years.

Special Assessment: $100.00

## **Counts 34 - 35**

Violation:   21 U.S.C. §841(a)(1) and (b)(2) (Distribute or dispense a Schedule IV controlled substance outside of standard medical practice)

Penalty:  Not more than five (5) years imprisonment; a fine of not more than $250,000, or an amount not more than the greater of twice the gross gain to the defendant or twice the gross loss to the victim or both. A term of supervised release of not more than three (3) years.

Special Assessment: $100.00