FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 17 2020

BY
DEPUTY _____

| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA § 
§
versus § CASE NO. 1:20-CR-33
§
GRIGORIY T. RODONAIA §

## VERDICT OF THE JURY

As to the offense charged in Count One of the Indictment against Grigoriy T. Rodonaia ("Defendant"), Health Care Fraud, we, the Jury, find:

Defendant _____Guilty_____  _____
                (Guilty)        (Not Guilty)

As to the offense charged in Count Two of the Indictment, Health Care Fraud, we, the Jury, find:

Defendant _____Guilty_____  _____
                (Guilty)        (Not Guilty)

As to the offense charged in Count Three of the Indictment, Health Care Fraud, we, the Jury, find:

Defendant _____Guilty_____  _____
                (Guilty)        (Not Guilty)

As to the offense charged in Count Four of the Indictment, Health Care Fraud, we, the Jury, find:

Defendant _____Guilty_____  _____
                (Guilty)        (Not Guilty)

As to the offense charged in Count Five of the Indictment, Health Care Fraud, we, the Jury, find:

Defendant    __Guilty__    _____
             (Guilty)      (Not Guilty)

As to the offense charged in Count Six of the Indictment, Health Care Fraud, we, the Jury, find:

Defendant    __Guilty__    _____
             (Guilty)      (Not Guilty)

As to the offense charged in Count Seven of the Indictment, Health Care Fraud, we, the Jury, find:

Defendant    __Guilty__    _____
             (Guilty)      (Not Guilty)

As to the offense charged in Count Eight of the Indictment, Health Care Fraud, we, the Jury, find:

Defendant    __Guilty__    _____
             (Guilty)      (Not Guilty)

As to the offense charged in Count Nine of the Indictment, Health Care Fraud, we, the Jury, find:

Defendant    __Guilty__    _____
             (Guilty)      (Not Guilty)

As to the offense charged in Count Ten of the Indictment, Health Care Fraud, we, the Jury, find:

Defendant     _____Guilty_____     _____
                    (Guilty)              (Not Guilty)

As to the offense charged in Count Eleven of the Indictment, Health Care Fraud, we, the Jury, find:

Defendant     _____Guilty_____     _____
                    (Guilty)              (Not Guilty)

As to the offense charged in Count Thirteen of the Indictment, Health Care Fraud, we, the Jury, find:

Defendant     _____     _____Not Guilty_____
                 (Guilty)              (Not Guilty)

As to the offense charged in Count Fourteen of the Indictment, Health Care Fraud, we, the Jury, find:

Defendant     _____     _____Not Guilty_____
                 (Guilty)              (Not Guilty)

As to the offense charged in Count Fifteen of the Indictment, Health Care Fraud, we, the Jury, find:

Defendant     _____     _____Not Guilty_____
                 (Guilty)              (Not Guilty)

As to the offense charged in Count Sixteen of the Indictment, Health Care Fraud, we, the Jury, find:

Defendant _____Guilty_____ _____
                      (Guilty)        (Not Guilty)

As to the offense charged in Count Seventeen of the Indictment, Aggravated Identity Theft, we, the Jury, find:

Defendant _____Guilty_____ _____
                      (Guilty)        (Not Guilty)

As to the offense charged in Count Eighteen of the Indictment, Aggravated Identity Theft, we, the Jury, find:

Defendant _____Guilty_____ _____
                      (Guilty)        (Not Guilty)

As to the offense charged in Count Nineteen of the Indictment, Aggravated Identity Theft, we, the Jury, find:

Defendant _____Guilty_____ _____
                      (Guilty)        (Not Guilty)

As to the offense charged in Count Twenty-one of the Indictment, Aggravated Identity Theft, we, the Jury, find:

Defendant _____ _____Not Guilty_____
                      (Guilty)        (Not Guilty)

As to the offense charged in Count Twenty-two of the Indictment, False Statements in Relation to Health Care Matters, we, the Jury, find:

Defendant _____*Guilty*_____ _____
(Guilty)           (Not Guilty)

As to the offense charged in Count Twenty-six of the Indictment, Receipt of a Kickback for a Referral to a Federal Health Care Program, we, the Jury, find:

Defendant _____*Guilty*_____ _____
(Guilty)           (Not Guilty)

As to the offense charged in Count Twenty-nine of the Indictment, Receipt of a Kickback for a Referral to a Federal Health Care Program, we, the Jury, find:

Defendant _____*Guilty*_____ _____
(Guilty)           (Not Guilty)

____11/17/20____                    ____[initials]____
Date                                Foreperson's Initials