AO 187 (Rev. 7/87) Exhibit and Witness List"

## UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Texas__

| UNITED STATES OF AMERICA | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| vs. | | | | | | |
| GRIGORIY RODONAIA | | | | | CASE NO. 1:20cr33 | |

| PRESIDING JUDGE<br>MARCIA A. CRONE | GOVERNMENT'S ATTORNEY<br>Robert Rawls, John Ross | DEFENDANT'S ATTORNEY<br>James Makin, Joel Vazquez |
|---|---|---|
| Trial Date(s)<br>11/12/20 - 11/17/20 | COURT REPORTER<br>Chris Bickham | COURTROOM DEPUTY<br>Jill Veazey |

| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Defendant Witnesses:** |
| | 1 | 11/16/20 | | | Jennifer Rodonaia |
| | 2 | | | | Brian Sticker |
| | 3 | | | | Janice Peterson |
| | 4 | | | | Lois Frederick |
| | 5 | | | | Tiffany Hall |
| | 6 | 11/17/20 | | | Douglas Hanaraty |
| | 7 | | | | Pauline Emery |
| | 8 | | | | Sharon Myers |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

page 1 of 1 Pages