IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION


UNITED STATES OF AMERICA,


V.                                                                    Case No. 1:20-cr-00033-MAC-KFG
                                                                               (Judge Crone)
GRIGORIY RODONAIA,
            DEFENDANT

## NOTICE OF ATTORNEY APPEARANCE

NOW COMES the law firm of CHAPMAN LAW GROUP by and through RONALD W.

CHAPMAN II, and hereby submits this notice of appearance as counsel on behalf of the

Defendant, GRIGORIY RODONAIA, in the above-captioned matter.

                                            Respectfully Submitted,
                                            CHAPMAN LAW GROUP

Dated: December 31, 2020            /s/ *Ronald W. Chapman II*
                                            Ronald W. Chapman II
                                            MI Bar No. P73179
                                            *Counsel for Defendant Grigoriy Rodonaia*
                                            1441 W. Long Lake Rd., Ste. 310
                                            Troy, MI  48098
                                            T: (248) 644-6326
                                            F: (248) 644-6324
                                            RWChapman@ChapmanLawGroup.com

## PROOF OF SERVICE

I hereby certify that on December 31, 2020, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to any involved non-participants.

/s/ *Ronald W. Chapman II*
Ronald W. Chapman II
MI Bar No. P73179
*Counsel for Defendant Grigoriy Rodonaia*
RWChapman@ChapmanLawGroup.com